IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.  CASE NO. 5:13-cr-21-RS

MARCUS D. WIGGINS,

Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The plea of guilty of Defendant to Count One of the Indictment is **ACCEPTED**.

3. All parties shall appear for sentencing on October 3, 2013, at 10:15 a.m.

**ORDERED** on July 11, 2013.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**